# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

|  |  |
|---|---|
| W&WSENS DEVICES INC., | |
| *Plaintiff,* | |
| v. | Case No. 2:24-CV-00854-JRG |
| SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC., | **JURY TRIAL DEMANDED** |
| *Defendants.* | |

## ORDER GRANTING SAMSUNG'S MOTION TO STAY PENDING *INTER PARTES* REVIEW AND POST GRANT REVIEW

Before the Court is Samsung's Motion to Stay Pending *Inter Partes* Review and Post Grant Review. After considering same, the Court is of the opinion that the Motion should be GRANTED.