**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| W&SENS DEVICE INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., *and* SAMSUNG ELECTRONICS, INC.,<br><br>*Defendants*. | Civil Action No. 2:24-CV-00854-JRG |

**JOINT MOTION TO AMEND DOCKET CONTROL ORDER**

Plaintiff W&Wsens Device Inc. ("Plaintiff") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (together, "Defendants") (collectively, "the Parties") file this Joint Motion to Amend Docket Control Order and would show the Court as follows:

Pursuant to the Court's Fifth Amended Docket Control Order (Dkt. No. 254), the deadline for the Parties to submit their proposed Juror Questionnaire is September 7, 2026. The Parties seek a brief extension of time up to and including Friday, September 11, 2026, to submit their proposed Juror Questionnaire.

The Parties represent that good cause exists for this brief extension of time to submit the proposed Juror Questionnaire. The Parties are diligently meeting and conferring regarding the proposed Juror Questionnaire and require additional time to continue those efforts in an attempt to narrow, or potentially resolve, their remaining disputes. The requested extension will promote judicial efficiency and conserve the resources of both the Parties and the Court by allowing the Parties an opportunity to resolve their remaining disputes and, if possible, submit an agreed proposed Juror Questionnaire.

The Parties represent that this extension of time is not sought for the purposes of delay. Counsel for Defendants met and conferred with counsel for Plaintiff to discuss the substantive relief sought in this Motion. The Parties are jointly seeking the relief sought herein.

Accordingly, the Parties respectfully request that that the Court grant this Joint Motion and enter an order extending the time in which the Parties are required to submit the proposed Juror Questionnaire up to and including Friday, September 11, 2026.

Dated: September 8, 2026 Respectfully submitted,

*/s/ Aaron Frankel*

Paul J. Andre (CA SBN 196585)
Lisa Kobialka (CA SBN 191404)
James Hannah (CA SBN 237978)
Christina Finn (CA SBN 247838)
Melissa T.G. Brenner (*pro hac vice*)
BROWN RUDNICK LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (669) 469-1800
Facsimile: (669) 469-1801
paul.andre@brownrudnick.com
lisa.kobialka@brownrudnick.com
james.hannah@brownrudnick.com
christina.finn@brownrudnick.com
missy.brenner@brownrudnick.com

Aaron Frankel (NY SBN 4025888)
Jeffrey Price (*pro hac vice*)
Carlos J. Tirado (*pro hac vice*)
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
aaron.frankel@brownrudnick.com
jeffrey.price@brownrudnick.com
carlos.tirado@brownrudnick.com

Elizabeth L. DeRieux
State Bar No. 05770585

Capshaw DeRieux LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: (903) 845-5770
ederieux@capshawlaw.com

*Attorneys for Plaintiff*
W&Wsens Devices Inc.

Dated: September 8, 2026

Respectfully submitted,

*/s/ Melissa R. Smith*
Melissa R. Smith
Texas State Bar No. 24001351
**GILLAM & SMITH LLP**
303 South Washington Ave.
Marshall, TX 75670
903.934.8450 (Telephone)
903.934.9257 (Facsimile)
melissa@gillamsmithlaw.com

Gerald F. Ivey
Parmanand K. Sharma (*pro hac vice*)
Daniel F. Roland (*pro hac vice*)
Kai Rajan
Christina Ji-Hye Yang (*pro hac vice*)
Michael J. Aragon
John M. Williamson (*pro hac vice*)
Jordan M. Cowger
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400
gerald.ivey@finnegan.com
parmanand.sharma@finnegan.com
daniel.roland@finnegan.com
kai.rajan@finnegan.com
christina.yang@finnegan.com
michael.aragon@finnegan.com
john.williamson@finnegan.com
jordan.cowger@finnegan.com

Charles H. Suh (*pro hac vice*)

**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
1875 Explorer Street, 8th Floor
Reston, VA 20190-6023
Telephone: (571) 203-2700
Facsimile: (202) 408-4400
charles.suh@finnegan.com

Benjamin R. Schlesinger (*pro hac vice*)
Wyatt L. Bazrod (*pro hac vice*)
Megan L. Meyers *(pro hac vice)*
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
271 17th St. NW Suite 1400
Atlanta, GA 30363-6209
Telephone: (404) 653-6400
Facsimile: (202) 408-4400
benjamin.schlesinger@finnegan.com
wyatt.bazrod@finnegan.com
megan.meyers@finnegan.com

Jinwoo Kim *(pro hac vice)*
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
3300 Hillview Avenue, 2nd Floor
Palo Alto, CA 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666
jinwoo.kim@finnegan.com

*Attorneys for Defendants*
*Samsung Electronics Co., Ltd., &*
*Samsung Electronics America, Inc.*

**CERTFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 8, 2026, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Melissa R. Smith*______________
Melissa R. Smith

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that all counsel of record have met and conferred in accordance with Local Rule CV-7(h). The Parties are jointly seeking the relief sought herein.

*/s/ Melissa R. Smith*_______________
Melissa R. Smith